In re BETTY ROWLAND ¶ _____ ,    Case No. _____
              Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 28-200-383020<br>First Union Nat Bank<br>P.O. Box 50005<br>Roanoke, VA 24040-5005 | | | 2001<br>General Merchandise | | | | 5,000.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

|   |   |
|---|---|
| Page Total $ | 5,000.00 |
| Schedule Total $ | 42,226.82 |

Sheet no. 2 of 2 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

In re BETTY ROWLAND , Case No. _____
         Debtor                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place and "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total total on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 000508711<br>Saint John Tower Imag<br>5455 Wilshire Blvd.<br>Suite 1100<br>Los Angeles, CA 90036<br>888-869-3701 | | | XR Chest 2 views | | | | 42.00 |
| ACCOUNT NO. 5423 7960 2129 6893<br>Choice Mastercard<br>P.O. Box 6404<br>The Lakes, NV<br>88901-6404 | | | 2001<br>General Merchandise | | | | 13,810.81 |
| ACCOUNT NO. 741-342-05<br>Robinsons-May<br>P.O. Box 52098<br>Phoenix, AZ 85072 | | | 2001<br>General Merchandise | | | | 98.05 |
| ACCOUNT NO. 213397-00-212326<br>Household<br>P.O. Box 438<br>Wood Dale, IL 60191 | | | 2001<br>General Merchandise | | | | 5,000.00 |
| | | | | | | Page Total $ | 18,950.86 |

__2_ continuation sheets attached

FORM B6F
(12/95)

In re BETTY ROWLAND , Case No. _____
Debtor (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. 219397-00-108541-1<br>Household<br>P.O. Box 60101<br>City of Indus, CA 91716-0101 | | 2001<br>General Merchandise | | | | 5,395.60 |
| ACCOUNT NO. 23500<br>Alireza Daneshvar, DDS<br>1502 Montana Ave #205<br>Santa Monica, CA 90403<br>310-394-3239 | | 2001<br>Dental Work | | | | 2,920.00 |
| ACCOUNT NO. 5121-0717-1070-6833<br>Sears Gold Mastercard<br>P.O. Box 105486<br>Atlanta, CA 30348-5486 | | 2001<br>General Merchandise | | | | 4,430.89 |
| ACCOUNT NO. 07-84735 22350 4<br>Sears Card<br>86 Annex<br>Atlanta, GA 30386-0001<br>800-917-7700 | | 2001<br>General Merchandise | | | | 905.09 |
| ACCOUNT NO. 5490 8400 1029 7815<br>Wells Fargo Card Srv<br>P.O. Box 522<br>Des Moines, IA 50302-9907 | | 2001<br>General Merchandise | | | | 4,624.38 |
| | | | | | Page Total $ | 18,275.96 |

Sheet no. 1 of 2 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims